# EXHIBIT 1



**QUILLING · SELANDER · LOWNDS · WINSLETT · MOSER**

A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS

6900 N. DALLAS PARKWAY, SUITE 800
PLANO, TEXAS 75024

RITIKA SINGH
rsingh@qslwm.com

DIRECT: (214) 560-5442
MAIN: (214) 871-2100
FAX: (214) 871-2111

October 12, 2023

**Via Electronic Mail**
Santiago Jorge Teran
steran@consumerattorneys.com
Consumer Attorneys PLC
8245 N. 85th Way
Scottsdale, AZ 85258

Re:     Case No.: 0:23-cv-61683-WPD (Southern District of Florida)
        *Marceya Alexis Davis v. RealPage, Inc., et al.*

Dear Counsel,

Regarding the above referenced matter, enclosed please find Defendant RealPage, Inc.'s Offer of Judgment to Plaintiff.

Please feel free to reach out with any questions.

Sincerely,

Ritika Singh
RS/tjc

Enclosures

6589078.1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FT LAUDERDALE DIVISION

**CASE NO.: 0:23-cv-61683-WPD**

MARCEYA ALEXIS DAVIS,

        Plaintiff,

v.

REALPAGE, INC., a/k/a LEASINGDESK
SCREENING,

        Defendant.        /

**DEFENDANT REALPAGE, INC.'S OFFER
OF JUDGMENT TO PLAINTIFF MARCEYA ALEXIS DAVIS**

Defendant RealPage, Inc. (hereinafter referred to as "RealPage"), by and through its attorneys, and pursuant to Rule 68 of the Federal Rules of Civil Procedure, hereby offers to allow judgment to be taken against it in this action in the total amount of Two Thousand and One Dollars ($2,001.00), inclusive of all of Plaintiff's claims, remedies, damages, and interest, but excluding costs and attorney's fees incurred in prosecuting this action against RealPage, with RealPage to fully compensate Plaintiff for reasonable attorney's fees and costs in an amount to be agreed upon by Plaintiff and RealPage or, if Plaintiff and RealPage do not agree upon an amount after making reasonable efforts to do so, then decided by the Court.  This Offer is expressly conditioned on the Court entering judgment on this Rule 68 Offer and dismissing with prejudice all claims asserted by Plaintiff against RealPage in this action.

This Offer will remain open for fourteen (14) days after the date of service and may be accepted in writing by Plaintiff Marceya Alexis Davis.  This Offer is made solely for the purpose of settlement and shall not, whether accepted or rejected, be construed or used as an admission of liability on the part of RealPage.  RealPage has denied and continues to deny all of the allegations

1

made against it by Plaintiff in this action.  An acceptance of this Offer by Plaintiff shall not constitute a judgment on the merits of the claims against RealPage, nor a finding of liability against RealPage, and shall not be admissible as evidence in any trial or hearing.

If this Offer is not accepted by written notice, it shall be deemed withdrawn and evidence thereof will not be admissible as evidence in any hearing or trial, except in a proceeding to determine costs.  If any judgment finally obtained by Plaintiff is not more favorable than this Offer, Plaintiff shall not be entitled to recover her costs after the making of this Offer.

Respectfully submitted,

/s/ Ritika Singh
Ritika Singh
Florida Bar No. 1016708
rsingh@qslwm.com
Quilling Selander Lownds,
Winslett & Moser
6900 N Dallas Parkway, Suite 800
Plano, TX 75024
(214) 560-5442
(214) 871-2111 Fax
**Counsel for RealPage, Inc.**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 12th day of October 2023, a true and correct copy of the above

and foregoing document has been sent by Electronic Mail to Plaintiff's counsel of record.

Santiago Jorge Teran
steran@consumerattorneys.com
Consumer Attorneys PLC
8245 N. 85th Way
Scottsdale, AZ 85258
(305) 433-3252
(818) 600-5495 Fax
***Counsel for Plaintiff***

*/s/ Ritika Singh*
**RITIKA SINGH**