UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT LAUDERDALE DIVISION

CASE NO.: 0:23-cv-61683-WPD

MARCEYA ALEXIS DAVIS,

        Plaintiff,

v.

REALPAGE, INC., a/k/a LEASINGDESK
SCREENING,

        Defendant.              /

## ORDER ADOPTING AND APPROVING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE; GRANTING DEFENDANT REALPAGE'S MOTION TO COMPEL ARBITRATION; STAYING CASE

THIS CAUSE is before the Court upon Defendant RealPage, Inc. a/k/a LeasingDesk Screening ("RealPage")'s Opposed Motion to Compel Arbitration, filed November 13, 2023 [DE 10] and the January 19, 2024 Report and Recommendation of Magistrate Judge Panayotta Augustin-Birch (the "Report") [DE 21].  The Court notes that no objections to the Report [DE 21] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 21] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 21] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's analysis and conclusions.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 21] is hereby **ADOPTED** and **APPROVED**;

2. Defendant RealPage's Motion to Compel Arbitration [DE 10] is hereby **GRANTED** as follows:

    a. Plaintiff Marceya Alexis Davis is hereby **COMPELLED** to arbitrate her claims against Defendant RealPage.

    b. This case is **STAYED** pending arbitration.

    c. The Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 25th day of January 2024.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of Record